No. 33,920

JOHN KOELLIKER, *Appellant,* v. LOUISA DENKINGER and WESLEY DENKINGER, Trustees Under the Last Will and Testament of Joseph Denkinger, Deceased, *Appellees;* CORA E. KOELLIKER and O. J. KOELLIKER (*Defendants*).

(86 P. 2d 740)

Opinion on rehearing filed February 1, 1939. (For original opinion of reversal see 148 Kan. 503,

Roy V. Nelson, of Hiawatha, for the appellant.
Walker F. Means, of Hiawatha, for the appellees.

The opinion of the court was delivered by

ALLEN, J.: A motion for a rehearing was filed in the above-entitled case. Upon due consideration of this motion it is ordered and directed that the original judgment of reversal be and the same is hereby modified to read as follows:

The judgment is reversed and cause remanded with directions to try and determine any issues between the plaintiff and the garnishees under the pleadings, and for further proceedings not inconsistent with this opinion.